**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENERAL FIDELITY INSURANCE COMPANY, a South Carolina Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>QUANTA INDEMNITY COMPANY, a Colorado corporation, as successor by merger with QUANTA SPECIALTY LINES INSURANCE COMPANY; BELLA VISTA ESTATES, a California Limited Partnership; LAUREL TREE HOMES, INC., a California corporation; DAVID DYCK, an individual; LAMBETH CONSTRUCTION OF CALIFORNIA, INC., a suspended California corporation; LAMBETH CONSTRUCTION, INC., a suspended California corporation; LAMBETH CONSTRUCTION INCORPORATED, a suspended Nevada corporation; LAMBETH CONSTRUCTION, LLC, an Arkansas limited liability company; RENE DIAZ and MONICA DIAZ, individuals; NORMA AGUILAR and JESSE AGUILAR, individuals; TONY ADAYAN, JR., an individual; HECTOR CERDA and SANDRA CERDA, individuals; MARISA CERROBLANCO, an individual; ABEL DELGADO and MARIA DELGADO, individuals; BEATRIZ FLORES and MANUEL GARCIA, individuals; JOSE GOMEZ SOLIS, an individual; JOSE GUILLEN | Case No.   1:14-CV-01325 JAM GSA<br><br>**ORDER RE DISMISSAL OF CERTAIN HOMEOWNER DEFENDANTS WITHOUT PREJUDICE, PURSUANT TO STIPULATION** |

1

| | |
|---|---|
| 1 | and NORMA GUILLEN, individuals; RAFAEL IGNACIO and BERTHA ALICIA REYES, individuals; LANDY OROZCO and JOSE LEDESMA, individuals; ALEJANDRO MAGANA and ESMIRNA ESTRADA, individuals; GREGORIA MORALES, an individual; FERNANDO ORTIZ and PATRICIA ORTIZ, individuals; JUAN PULIDO and MARIA PULIDO, individuals; SEVERINO RODRIGUEZ and LEE ANN RODRIGUEZ, individuals; RICHARD REYES, JR. and SAMUEL ROBLES, individuals; JORGE SALINAS, an individual; ISMAEL SPINDOLA, FRANCES SPINDOLA and CRYSTAL SPINDOLA, individuals; JOSEPH TORRES, an individual; BRENDA VARGAS, an individual; RICARDO ZARAGOZA and MARIA ZARAGOZA, individuals; JOSE LUIS ZEPEDA, an individual; ILLIANA MARTINEZ, an individual; RUBEN BETANCOURT and ROSA BETANCOURT, individuals; MANUEL ALVAREZ, BERTHA ALVAREZ and SERGIO ALVAREZ, individuals; JOSE DANIEL AVALOS, an individual; RAMON BARRAGAN and AMPARO BARRAGAN, individuals; DAVID BELTRAN and ALMA BELTRAN, individuals; DEMETRIA CARDENAS and OSBALDO CARDENAS, individuals; JAVIER CAVAZOS, an individual; JUAN JOSE CHAVEZ, an individual; ARTURO CISNEROS, an individual; JOSE CORTEZ and MARICELA CORTEZ, individuals; CARLOS CUEVAS and JERONIMA CUEVAS, individuals; NORBERTO DIAZ, JR. and LORENA DIAZ, individuals; SALVADOR GALLARDO, an individual; EDWARD GALLEGOS and VERONICA GALLEGOS; individuals; IVAN SERGIO GARIBAY and ESPERANZA GARIBAY; individuals; NELSON GARIBAY and LUCILA GARCIA, individuals; SERGIO GARIBAY and YOLANDA GARIBAY, individuals; WALLY GONZALES and ELENA GONZALES, individuals; JUAN GONZALEZ and GINA GONZALEZ, individuals; JULIAN GUTIERREZ and MARIA GUTIERREZ, individuals; SALVADOR HERNANDEZ, an individual; SANDRA IBARRA, an | |

CHAMBERLIN KEASTER & BROCKMAN LLP
4850-116/PODISM-HO

CASE NO.: 1:14-CV-01325 GSA
[PROPOSED] ORDER RE: DISMISSAL OF CERTAIN HOMEOWNER DEFENDANTS WITHOUT PREJUDICE

individual; CARLOS IGLESIAS and MONICA IGLESIAS, individuals; MARIA INIGUEZ, an individual; GERARDO LOPEZ and JULIA LOPEZ, individuals; RODOLFO MALDONADO and ROSALBA MALDONADO, individuals; JOSE MERAZ and DOMINGO GONZALEZ, individuals; JIMMY MORENO and MARIA MORENO, individuals; JOVITA MUNOZ and NICOLAS MORALES, individuals; MIGUEL MURILLO and SUSANA GUZMAN, individuals; ISIAS PACHECO and THERESA PENALOZA, individuals; JAVIER PAULINO and MARGARITA PAULINO, individuals; MOISES PEREZ and MONICA PEREZ, individuals; MARIA RAMIREZ, an individual; LETICIA REYNA, an individual; ZEFERINO REYNA, an individual; ROBERT ROBLES and JULIANA ROBLES, individuals; JOSE GUADALUPE ROSILES and PATRICIA BAUTISTA CEJA, individuals; ISRAEL RUBALCAVA, an individual; ARMANDO SANCHEZ and ELEANOR LOPEZ, individuals; ERNESTO SANCHEZ and TERESA SANCHEZ, individuals; JOSE SANCHEZ, an individual; JUAN CARLOS SANCHEZ, an individual; PETER SANCHEZ and VERONICA MARTINEZ SANCHEZ, individuals; MARIA SERRANO, an individual; GURVINDER SINGH and JAGDEEP KAUR, individuals; RICARDO BUSTOS TAPIA, an individual; ANDRES TORRES, an individual; GABRIEL TOVAR and MARIA ZONIA TOVAR, individuals; FRANCISCO VARGAS and MARIA ALVA, individuals; PAULINO VAZQUEZ and ROBERTO VARGAS, individuals; LORIANE ZAMORA and ROBERT JUAREZ, individuals; NORMA ZUNIGA, an individual; LUIS MUNOZ ALANIS and MARIA CONSUELA MUNOZ, individuals; PABLO CASTRO, an individual; GUSTAVO ESPINOZA, an individual; MARIO GARCIA and SALLY GARCIA, individuals; THOMAS F. GHEEN and JULA A. GHEEN, individuals; OSCAR INIGUEZ and MARSHY INIGUEZ, individuals; ROBERT L. LEIJA and GUADALUPE G. LEIJA, individuals; HUMBERTO LOZANO and MARYVEL

LOZANO, individuals; MARTIN MARES and SULEMA QUINTANILLA-MARES, individuals; STEVEN PADILLA and LENORA E. PADILLA, individuals; DANIEL A. RODRIGUEZ and FRIEDA RODRIGUEZ, individuals; LORENZO SALAZAR, ERNESTINA C. SALAZAR, ADRIAN SALAZAR and MARIA ELENA SALAZAR, individuals; JUAN G. SANTOS and FRIDA SANTOS, individuals; DANIEL TAMEZ, an individual; GABRIEL TAMEZ and DESIREE D. TAMEZ, individuals; JESUS M. VILLAGRANA and ARACELI VILLAGRANA, individuals; and JOSE ZUL, an individual.

Defendants.

This matter is before the Court on the STIPULATION RE: DISMISSAL OF HOMEOWNER DEFENDANTS WITHOUT PREJUDICE (hereinafter, "Stipulation") entered into and executed by Plaintiff GENERAL FIDELITY INSURANCE COMPANY (hereinafter, "GFIC") and the AMENDED HOMEOWNER DEFENDANTS (as more fully identified in the Stipulation and below) on December 8, 2014, through their respective counsel of record in the herein Action. Said Stipulation was filed in this Action on December 12, 2014 [Document 41].

The AMENDED HOMEOWNER DEFENDANTS are the 160 Defendants named in GFIC's First Amended Complaint for Declaratory Relief, which was filed in this Action on October 17, 2014 [Docket Number 17], who are plaintiffs in the two Underlying Construction Defect Actions and the owners of the single-family residences that are the subject matter of the Underlying Construction Defect Actions, as follows:

(1) RENE DIAZ; (2) MONICA DIAZ; (3) NORMA AGUILAR; (4) JESSE AGUILAR; (5) TONY ADAYAN, JR.; (6) HECTOR CERDA; (7) SANDRA CERDA; (8) MARISA CERROBLANCO; (8) ABEL DELGADO; (9) MARIA DELGADO; (10) BEATRIZ FLORES; (11) MANUEL GARCIA; (12) JOSE

GOMEZ SOLIS; (13) JOSE GUILLEN; (14) NORMA GUILLEN; (15) RAFAEL IGNACIO; (16) BERTHA ALICIA REYES; (17) LANDY OROZCO; (18) JOSE LEDESMA; (19) ALEJANDRO MAGANA; (20) ESMIRNA ESTRADA; (21) GREGORIA MORALES; (22) FERNANDO ORTIZ; (23) PATRICIA ORTIZ; (24) JUAN PULIDO; (25) MARIA PULIDO; (26) SEVERINO RODRIGUEZ; (27) LEE ANN RODRIGUEZ; (28) RICHARD REYES, JR.; (29) SAMUEL ROBLES; (30) JORGE SALINAS; (31) ISMAEL SPINDOLA; (32) FRANCES SPINDOLA; (33) CRYSTAL SPINDOLA; (34) JOSEPH TORRES; (35) BRENDA VARGAS; (36) RICARDO ZARAGOZA; (37) MARIA ZARAGOZA; (38) JOSE LUIS ZEPEDA; (39) ILLIANA MARTINEZ; (40) RUBEN BETANCOURT; (41) ROSA BETANCOURT; (42) MANUEL ALVAREZ; (43) BERTHA ALVAREZ; (44) SERGIO ALVAREZ; (45) JOSE DANIEL AVALOS; (46) RAMON BARRAGAN; (47) AMPARO BARRAGAN; (48) DAVID BELTRAN; (49) ALMA BELTRAN; (50) DEMETRIA CARDENAS; (51) OSBALDO CARDENAS; (52) JAVIER CAVAZOS; (53) JUAN JOSE CHAVEZ; (54) ARTURO CISNEROS; (55) JOSE CORTEZ; (56) MARICELA CORTEZ; (57) CARLOS CUEVAS; (58) JERONIMA CUEVAS; (59) NORBERTO DIAZ, JR.; (60) LORENA DIAZ; (61) SALVADOR GALLARDO; (62) EDWARD GALLEGOS; (63) VERONICA GALLEGOS; (64) IVAN SERGIO GARIBAY; (65) ESPERANZA GARIBAY; (66) NELSON GARIBAY; (67) LUCILA GARCIA; (68) SERGIO GARIBAY; (69) YOLANDA GARIBAY; (70) WALLY GONZALES; (71) ELENA GONZALES; (72) JUAN GONZALEZ; (73) GINA GONZALEZ; (74) JULIAN GUTIERREZ; (75) MARIA GUTIERREZ; (76) SALVADOR HERNANDEZ; (77) SANDRA IBARRA; (78) CARLOS IGLESIAS; (79) MONICA IGLESIAS; (80) MARIA INIGUEZ; (81) GERARDO LOPEZ; (82) JULIA LOPEZ; (83) RODOLFO MALDONADO; (84) ROSALBA

CHAMBERLIN KEASTER
& BROCKMAN LLP
4850-116/PODISM-HO

CASE NO.: 1:14-CV-01325 GSA
[PROPOSED] ORDER RE: DISMISSAL OF CERTAIN HOMEOWNER DEFENDANTS WITHOUT PREJUDICE

1  MALDONADO; (85) JOSE MERAZ; (86) DOMINGO GONZALEZ; (87)
2  JIMMY MORENO; (88) MARIA MORENO; (89) JOVITA MUNOZ; (90)
3  NICOLAS MORALES; (91) MIGUEL MURILLO; (92) SUSANA GUZMAN;
4  (93) ISIAS PACHECO; (94) THERESA PENALOZA; (95) JAVIER
5  PAULINO; (96) MARGARITA PAULINO; (97) MOISES PEREZ; (98)
6  MONICA PEREZ; (99) MARIA RAMIREZ; (100) LETICIA REYNA; (101)
7  ZEFERINO REYNA; (102) ROBERT ROBLES; (103) JULIANA ROBLES;
8  (104) JOSE GUADALUPE ROSILES; (105) PATRICIA BAUTISTA CEJA;
9  (106) ISRAEL RUBALCAVA; (107) ARMANDO SANCHEZ; (108)
10  ELEANOR LOPEZ; (109) ERNESTO SANCHEZ; (110) TERESA
11  SANCHEZ; (111) JOSE SANCHEZ; (112) JUAN CARLOS SANCHEZ; (113)
12  PETER SANCHEZ; (114) VERONICA MARTINEZ SANCHEZ; (115)
13  MARIA SERRANO; (116) GURVINDER SINGH; (117) JAGDEEP KAUR;
14  (118) RICARDO BUSTOS TAPIA; (119) ANDRES TORRES; (120)
15  GABRIEL TOVAR; (121) MARIA ZONIA TOVAR; (122) FRANCISCO
16  VARGAS; (123) MARIA ALVA; (124) PAULINO VAZQUEZ; (125)
17  ROBERTO VARGAS; (126) LORIANE ZAMORA; (127) ROBERT JUAREZ;
18  (128) NORMA ZUNIGA; (129) LUIS MUNOZ ALANIS; (130) MARIA
19  CONSUELA MUNOZ; (131) PABLO CASTRO; (132) GUSTAVO
20  ESPINOZA; (133) MARIO GARCIA; (134) SALLY GARCIA; (135)
21  THOMAS F. GHEEN; (136) JULA A. GHEEN; (137) OSCAR INIGUEZ;
22  (138) MARSHY INIGUEZ; (139) ROBERT L. LEIJA; (140) GUADALUPE
23  G. LEIJA; (141) HUMBERTO LOZANO; (142) MARYVEL LOZANO; (143)
24  MARTIN MARES, (144) SULEMA QUINTANILLA-MARES; (145)
25  STEVEN PADILLA; (146) LENORA E. PADILLA; (147) DANIEL A.
26  RODRIGUEZ; (148) FRIEDA RODRIGUEZ; (149) LORENZO SALAZAR;
27  (150) ERNESTINA C. SALAZAR; (151) ADRIAN SALAZAR; (152) MARIA
28  ELENA SALAZAR; (153 JUAN G. SANTOS; (154) FRIDA SANTOS; (155)

CHAMBERLIN KEASTER
& BROCKMAN LLP
4850-116/PODISM-HO

CASE NO.: 1:14-CV-01325 GSA
[PROPOSED] ORDER RE: DISMISSAL OF CERTAIN HOMEOWNER DEFENDANTS WITHOUT PREJUDICE

DANIEL TAMEZ; (156) GABRIEL TAMEZ; (157) DESIREE D. TAMEZ; (158) JESUS M. VILLAGRANA; (159) ARACELI VILLAGRANA; and (160) JOSE ZUL.

Pursuant to the terms of the Stipulation, and for good cause shown,

**IT IS HEREBY ORDERED** that all of the AMENDED HOMEOWNER DEFENDANTS, with the exception of (1) RENE DIAZ, (2) MONICA DIAZ, (48) DAVID BELTRAN, and (49) ALMA BELTRAN are dismissed as Defendants in this Action, without prejudice, subject to the right of Plaintiff GFIC to re-file or renew its claims against the dismissed AMENDED HOMEOWNER DEFENDANTS, which are the subject of this Action (hereinafter, the "DISMISSED HOMEOWNER DEFENDANTS").  Pursuant to the Stipulation, all DISMISSED HOMEOWNER DEFENDANTS have heretofore acknowledged service of the Summons and First Amended Complaint in this Action and consented to the Court's jurisdiction in this Action.

**IT IS FURTHER ORDERED** that the DISMISSED HOMEOWNER DEFENDANTS shall be bound by all orders, findings, conclusions, determinations, decrees, stipulations, judgments, settlements and/or agreements made or entered into between the parties to this Action, other than those which constitute factual determinations that are specific to the residences owned by Defendants RENE DIAZ, MONICA DIAZ, DAVID BELTRAN and/or ALMA BELTRAN,  in the same manner and to the same extent as if the DISMISSED HOMEOWNER DEFENDANTS had been parties to this Action and/or parties to any settlement agreement.

**IT IS FURTHER ORDERED** that Plaintiff GFIC and the DISMISSED HOMEOWNER DEFENDANTS shall bear their own costs and attorneys' fees in connection with the dismissal of the DISMISSED HOMEOWNER DEFENDANTS without prejudice.

**IT IS FURTHER ORDERED** that all statute of limitations, statutes regarding

CHAMBERLIN KEASTER & BROCKMAN LLP
4850-116/PODISM-HO

CASE NO.:  1:14-CV-01325 GSA
[PROPOSED]  ORDER RE: DISMISSAL OF CERTAIN HOMEOWNER DEFENDANTS WITHOUT PREJUDICE

prosecution of claims or time within which a trial must be held or judgment must be entered, and all defenses based upon delay and prosecution (collectively "Statute of Limitations") with respect to the claims of Plaintiff GFIC against the DISMISSED HOMEOWNER DEFENDANTS provided for by law, equity or judicial decision shall be tolled as provided herein.  In the event that Plaintiff re-files or renews any claims in connection with this Action in the future against one or more of the DISMISSED HOMEOWNER DEFENDANTS, the period from August 25, 2014, up to and including the date of re-filing or renewal of such an action, shall not be included for purposes of computing the applicable time periods for Statute of Limitations, and shall not in any way serve to extend any Statutes of Limitations that had already run as of and including August 25, 2014.

     This **ORDER** does not pertain to any parties in this Action, other than Plaintiff GFIC and the AMENDED HOMEOWNER DEFENDANTS, all of which remain parties to this Action, with the exception of the DISMISSED HOMEOWNER DEFENDANTS.

DATED:     December 17, 2014

                                       /s/ John A. Mendez_____
                                       The Honorable John A. Mendez
                                       U. S. District Court Judge