**Jeffrey Wall #58559**
Attorney at Law
jeff@jeffwallattorney.com
563 East Salem Avenue
Fresno, CA 93720
Telephone (559) 435-1057
Facsimile (559) 435-8202

Attorney for Defendants
Laurel Tree Homes, Inc.
and Bella Vista Estates

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL FIDELITY INSURANCE COMPANY, a South Carolina Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation, BELLA VISTA ESTATES, a California Limited Partnership, LAUREL TREE HOMES, INC., a California corporation, DAVID DYCK, an individual, LAMBETH CONSTRUCTION OF CALIFORNIA, INC., a suspended California corporation, RENE DIAZ, an individual, MONICA DIAZ, an individual, DAVID BELTRAN, an individual and ALMA BELTRAN, an individual,<br><br>Defendants. | Case No.  1:14-CV-01325-JAM-GSA<br><br>STIPULATION TO CONTINUE DATE FOR SUBMISSION OF JOINT STATUS REPORT AND ORDER THEREON |

      Based upon this Court's "Order Requiring Joint Status Report," the Joint Status Report of the parties is presently due to be submitted on or before February 13, 2015.  The parties conferred telephonically as required by Fed. R. Civ. P. 26(f) on February 5, 2015.  Because Defendants BELLA VISTA ESTATES, a California Limited Partnership, LAUREL TREE HOMES, INC., a California corporation, are associating counsel who requires additional time to review the case, the parties stipulate

//

//

STIPULATION TO CONTINUE DATE FOR SUBMISSION OF JOINT STATUS REPORT AND ORDER THEREON

and agree that the date for their submission of the Joint Status Report be continued to February 27, 2015.

Dated:  February 3, 2015  /s/ Jeffrey Wall

_____
Jeffrey Wall, Attorney for Defendants
Laurel Tree Homes, Inc. and Bella Vista Estates

Dated:  February __, 2015  /s/ Robert W. Keaster

_____
Robert W. Keaster, Attorney for Plaintiff
General Fidelity Insurance Company

Dated:  February __, 2015  /s/ Kathleen E. Hegen

_____
Kathleen E. Hegen, Attorney for Defendant
Quanta Specialty Lines Insurance Co.

Dated:  February __, 2015  /s/ Mitchell S. Golub

_____
Mitchell S. Golub, Attorney for Defendants David
and Alma Beltran, and Rene and Monica Diaz

A stipulation for order to continue the date for submission of the Joint Status Report was presented by Bella Vista Estates and Laurel Tree Homes, Inc., by and through its attorney, Jeffrey Wall, Esq. The Court having considered the Stipulation, and good cause appearing therefore, **HEREBY ORDERS** that the parties herein have until February 27, 2015 to submit their Joint Status Report in the above-entitled action.

Dated:  February 10, 2015

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

STIPULATION TO CONTINUE DATE FOR SUBMISSION OF JOINT STATUS REPORT AND ORDER THEREON