Robert W. Keaster (SBN 115847)
rkeaster@ckllplaw.com
Calvin S. Whang (SBN 215945)
cwhang@ckllplaw.com
**CHAMBERLIN & KEASTER LLP**
16000 Ventura Boulevard, Suite 700
Encino, California 91436-2758
Telephone:  (818) 385-1256
Facsimile:   (818) 385-1802

Attorneys for Plaintiff GENERAL FIDELITY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL FIDELITY INSURANCE COMPANY, a South Carolina Corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUANTA SPECIALTY LINES INSURANCE COMPANY, an Indiana corporation, BELLA VISTA ESTATES, a California Limited Partnership, LAUREL TREE HOMES, INC., a California corporation, DAVID DYCK, an individual, LAMBETH CONSTRUCTION OF CALIFORNIA, INC., a suspended California corporation, LAMBETH CONSTRUCTION, INC., a suspended California corporation, RENE DIAZ, an individual, MONICA DIAZ, an individual, DAVID BELTRAN, an individual and ALMA BELTRAN, an individual,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.   1:14-CV-01325-JAM-GSA<br>[Assigned to the Hon. John A. Mendez]<br><br>**STIPULATION AND ORDER RE: 60 DAYS EXTENSION OF TIME TO DESIGNATE EXPERTS AND REBUTTAL EXPERTS**<br><br>Complaint Filed:  08/25/2014 |

WHEREAS on or about March 3, 2015, this Court issued a Status (Pre-Trial Scheduling) Order requiring parties to make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by September 11, 2015 and supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) by September 18, 2015;

WHEREAS, on May 29, 2015, defendants and cross-complainants Bella Vista Estates ("Bella Vista") and Laurel Tree Homes, Inc. ("Laurel Tree") filed a motion for leave to file amended pleadings ("Motion"), originally scheduled for hearing on August 19, 2015, to plead certain additional claims and to join third-parties to this lawsuit;

WHEREAS, on August 5, 2015, plaintiff General Fidelity Insurance Company ("GFIC") and defendant, counter and cross-claimant Quanta Specialty Lines Insurance Company ("Quanta") filed oppositions to Bella Vista and Laurel Tree's Motion;

WHEREAS, on August 13, 2015, the Court entered a Minute Order taking the hearing on the Motion off calendar and ordered the matter submitted without appearance;

WHEREAS, the Court has not yet issued a ruling on the Motion;

WHEREAS, Bella Vista, Laurel Tree, GFIC and Quanta (the "Parties") agree that, given the uncertainty as to whether additional claims and/or third-parties parties may be brought into this suit, designating experts and rebuttal experts by September 11, 2015 and September 18, 2015, respectively, is not practicable;

WHEREAS counsel for certain individual defendants, Mitchell S. Golub, on behalf of his clients, has agreed to continue the deadline to make expert witness disclosures by 60 days;

WHEREAS, the Parties have not previously requested and the Court has not previously extended the time to designate experts;

**IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel, as follows:

1. The Parties agree to amend the Status (Pre-Trial Scheduling) Order to continue the deadline to make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by 60 days to and including November 10, 2015 and supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) also by 60 days to and including November 17, 2015;

2. This Stipulation does not pertain to any matter not expressly set forth above.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED:  September 10, 2015 | **CHAMBERLIN & KEASTER LLP** |
| 2 | | |
| 3 | | By:  _s/ Robert W. Keaster_____ |
| 4 | | Robert W. Keaster<br>Attorneys for Plaintiff |
| 5 | | General Fidelity Insurance Company |
| 6 | DATED:  September 10, 2015 | **LEWIS BRISBOIS BISGARD & SMITH LLP** |
| 7 | | |
| 8 | | By:  _s/ Kathleen E. Hegen_____ |
| 9 | | Kathleen E. Hegen<br>Attorneys for Defendant |
| 10 | | Quanta Specialty Lines Insurance Company |
| 11 | DATED:  September 10, 2015 | **WEST CORZINE, LLP** |
| 12 | | |
| 13 | | By:  _s/ Ian Corzine_____ |
| 14 | | Ian Corzine<br>Attorneys for Defendants and Cross-Complainants |
| 15 | | Bella Vista Estates and Laurel Tree Homes, Inc. |

IT IS SO ORDERED

DATED:  9/14/2015                              /s/ John A. Mendez_____

                                               JOHN A. MENDEZ
                                               U.S. District Court Judge